UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISRAEL VASQUEZ, | ) | Case No. ED CV 11-1685 PA (MRW) |
|          Petitioner, | ) | |
|   vs. | ) | JUDGMENT |
| CASH, Warden, | ) | |
|          Respondent. | ) | |
| _____ | ) | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 16, 2012

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE